UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT TURNER, | No. C-13-5718 EMC |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| FRED FOULK, Warden, High Desert State Prison, | |
| Respondent. | |

Petitioner, a state prisoner incarcerated at the High Desert State Prison in Susanville, California, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by counsel.

IT IS ORDERED as follows:

(1) The Clerk of the Court shall serve a copy of the petition and this order upon Respondent and the Attorney General. *See* Section 2254 Rule 4. The Clerk of the Court shall also serve a copy of this order upon Petitioner's counsel.

(2) Within 60 days of service of the petition, Respondent shall file and serve an answer to the petition in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

(3) Within 30 days after Respondent has filed the answer, Petitioner may serve and file a traverse responding to matters raised in the answer in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

(4) Respondent may file, within sixty days, a motion in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If

Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within thirty days of the date the motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within fifteen days of the date any opposition is filed.

    IT IS SO ORDERED.

Dated: January 6, 2014

                                                        _____
                                                        EDWARD M. CHEN
                                                        United States District Judge