ORIGINAL                                                                                                          ORIGINAL

Robert J. Beles Bar No. 41993
Paul McCarthy Bar No. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for Petitioner

# United States District Court
## Northen District of California
### San Francisco Courthouse

| | |
|---|---|
| VINCENT TURNER,<br><br>          Petitioner,<br><br>     v.<br><br>FRED FOULK, Warden, High Desert State Prison<br><br>          Respondent,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Real Party in Interest. | No. **3:13-CV-05718-VC**<br><br>MOTION AND DECLARATION OF GOOD CAUSE FOR EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |

MOTION AND DECLARATION OF GOOD CAUSE FOR
EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM

I, Paul McCarthy, declare under penalty of perjury as follows:

1. I am the attorney for petitioner in this case.

2. Respondent's Answer was filed on June 5, 2014. Utilizing the deadline set forth in the Order to Show Cause, the Traverse is due on July 5, 2014.

3. Counsel requests an extension of 30 days, so that the traverse and reply will be due on Monday, August 4, 2014.

4. Petitioner has not previously requested any extensions of time to file the traverse and

reply memorandum.

5. Within the last 30 days, I prepared and filed two federal petitions for writ of habeas corpus (Moran and Gonzalez). I also filed a traverse for Fernandez and an opening brief in the First Appellate District (Jimenez). Because of the work on these items, I will be unable to prepare and file the traverse and reply memorandum by the due date.

6. On June 27, 2014, my office contacted Margo Yu, the listed attorney of record for respondent. Ms. Yu indicated that she had no objection to the request.

I declare under penalty of perjury that the facts stated in this declaration are true and correct. Executed in Oakland, California, on Friday, June 27, 2014.

Paul McCarthy
Attorney for Petitioner

Date: July 3, 2014

**IT IS SO ORDERED**
Judge Vince Chhabria
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Motion and Declaration of Good Cause for Extension
of Time to File Traverse and Reply Memorandum