ORIGINAL                                                              ORIGINAL

1   Robert J. Beles Bar No. 41993
    Paul McCarthy Bar No. 139497
2   One Kaiser Plaza, Suite 2300
    Oakland, California 94612-3642
3   Tel No. (510) 836-0100
    Fax. No. (510) 832-3690
4
    Attorneys for Petitioner
5

6

7                          United States District Court
                            Northen District of California
8                            San Francisco Courthouse

9
    VINCENT TURNER,                        No. **3:13-CV-05718-VC**
10
                      Petitioner,          MOTION AND DECLARATION OF GOOD
11          v.                             CAUSE FOR EXTENSION OF TIME TO
                                           FILE TRAVERSE AND REPLY
12  FRED FOULK, Warden, High Desert State  MEMORANDUM
    Prison
13                                         AND ORDER
                      Respondent,
14
    PEOPLE OF THE STATE OF CALIFORNIA,
15
                      Real Party in Interest.
16

17              MOTION AND DECLARATION OF GOOD CAUSE FOR
         EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM
18
19       I, Paul McCarthy, declare under penalty of perjury as follows:

20       1.  I am the attorney for petitioner in this case.

21       2.  Respondent's Answer was filed on June 5, 2014.  The Traverse and Reply
    Memorandum is currently due on September 8, 2014.
22
23       3.  Counsel requests an extension of 32 days, so that the traverse and reply will be due
    on Friday, October 10, 2014.
24
25       4.  Petitioner has previously requested two extensions of time for 65 days to file the
26

traverse and reply memorandum.

5.  Within the last 30 days, I prepared and filed two federal writs of habeas corpus (Perez and Landry).  I also filed a writ of habeas corpus in Contra Costa Superior Court.  I am currently working on a opening brief in the First Appellate District (Lopez) and a federal writ of habeas corpus, both of which must be filed by September 10.  Because of the work on these items, I will be unable to prepare and file the traverse and reply memorandum by the due date.

6.  On September 4, 2014, my office contacted Margo Yu, the listed attorney of record for respondent.  Ms. Yu indicated that she had no objection to the request.

I declare under penalty of perjury that the facts stated in this declaration are true and correct.  Executed in Oakland, California, on Friday, September 5, 2014.

_____
Paul McCarthy
Attorney for Petitioner

The Court further orders Petitioner will not be granted any further extensions of time.

Date: September 11, 2014



The Court further orders Petitioner will not be granted any further extensions of time.

Motion and Declaration of Good Cause for Extension
of Time to File Traverse and Reply Memorandum

ORIGINAL                                            ORIGINAL

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the Eastern District of California by using the CM/ECF system on September 5, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature:   /s/ Paul McCarthy